

**IT IS ORDERED as set forth below:**

Date: January 9, 2020

_____

**W. Homer Drake**
**U.S. Bankruptcy Court Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### NEWNAN DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 19-11499-whd |
| | CHAPTER: 7 |
| **ERIKA LYNNE HAMBURG AKA ERIKA HAMBURG BROWN** | |
| **DEBTOR** | **CONTESTED MATTER** |
| | |
| **NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon fka the Bank of New York as Trustee for the Benefit of the Certificate Holders of CWABS Inc., Asset-backed Certificates Series 2006-7** | |
| Movant | |
| Vs. | |
| **ERIKA LYNNE HAMBURG** | |
| Respondents | |

### CONSENT ORDER ON MOTION FOR RELIEF FROM STAY

The above styled Motion having been set down for a hearing before the court on November 20, 2019, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto;

**IT IS HEREBY ORDERED** that the motion for Relief from Stay with respect to 175 Shoreline Circle, Newnan, GA 30263, is denied, as the parties herein agree that the interest of the Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

**FURTHER ORDRED** that the Debtor shall have six (6) months to sell the property. The sale will pay NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon fka the Bank of New York as Trustee for the Benefit of the Certificate Holders of CWABS Inc., Asset-backed Certificates Series 2006-7 in full, subject to an updated payoff. In the event of a short sale, the short sale will be subject to the approval of NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon fka the Bank of New York as Trustee for the Benefit of the Certificate Holders of CWABS Inc., Asset-backed Certificates Series 2006-7.

**FURTHER ORDERED** that in the event the Debtor has not sold the property and paid the creditor in full, NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon fka the Bank of New York as Trustee for the Benefit of the Certificate Holders of CWABS Inc., Asset-backed Certificates Series 2006-7, may file a notice to reset the Motion for Relief for hearing.

**FURTHER ORDERED** that upon completion of any foreclosure sale, any funds in excess of the amount due to the Movant under its Note and Security Deed, and to any subordinate lienholder(s) properly entitled to receive proceeds upon applicable State Law, shall be paid to the Trustee for the benefit of the Estate.

**[END OF DOCUMENT]**

Agreed and Consented to by:

/*s/ Samuel L. Carrington*/
Samuel L. Carrington
GA State bar No. 165708
Bell Carrington Price and Gregg, LLC
408 E. North Street
Greenville, SC 29601

/*s/ J. Richard Palmer*/
J. Richard Palmer
GA State bar No. 560165
The Palmer Firm, P.C.
15 Perry Street
Suite 302
Newnan, GA 30263


No Opposition to by:

/*s/Theo Davis Mann*/
Theo Davis Mann
Trustee
28 Jackson Street
P.O. box 310
Newnan, GA 30264-0310

# DISTRIBUTION LIST

**Erika Lynne Hamburg**
175 Shoreline Circle
Newnan, GA 30263

**Theo Davis Mann**
28 Jackson Street
P. O. Box 310
Newnan, GA 30264-0310

**J. Richard Palmer**
The Palmer Firm, P.C.
15 Perry Street
Suite 302
Newnan, GA 30263